UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROZIMA A. JAFFER,

    Plaintiff,

CASE NO. 1:24-cv-632

v.

HON. ROBERT J. JONKER

MICHIGAN STATE UNIVERSITY et al.,

    Defendants.
_____/

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court having been advised on April 16, 2025, that the parties have reached a settlement in this matter (ECF No. 27),

**IT IS ORDERED** that closing documents shall be filed with the Court on or before **May 16, 2025**.  If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the court's docket, this case will be dismissed without prejudice and without costs.


Dated:  April 17, 2025          /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE